UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:07CV871 HEA |
| ) | |
| GLORIA McKINNIES a/k/a ) | |
| GLORIA TAYLOR, ) | |
| ) | |
| Defendant. ) | |

## DEFAULT JUDGMENT

HAVING CONSIDERED the United States' Application for Default Judgment against Defendant, Gloria McKinnies a/k/a Gloria Taylor,

IT IS HEREBY ORDERED that the United States' application is GRANTED, and judgment is hereby entered in favor of the United States and against Gloria McKinnies a/k/a Gloria Taylor in the amount of $15,260.35, consisting of $4,794.58 in principal and $6,663.86 in interest on Count I; and $1,611.38 in principal and $2,190.53 in interest on Count II, plus interest on the principal on Count I at a rate of 8.49% and on the principal on Count II at a rate of 8% from July 5, 2007 to this date of judgment and post-judgment interest at the rate provided by law.

DATED: 7-24-07

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE